# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| EDWARD CODY and CARRIE WILLIAMS AS PARENTS AND NATURALGUARDIANS OF MINOR JC<br>*Plaintiff(s)*<br>v.<br>PENNRIDGE SCHOOL DISTRICT doing business as PENNRIDGE SCHOOL DISTRICT TRANSPORTATION DEPARTMENT also known as PENNRIDGE SCHOOL DISTRICT TRANSPORTATION DEPARTMENT, DOUGLAS MATZ, BUCKS COUNTY doing business as BUCKS COUNTY INTERMEDIATE UNIT, PENNRIDGE SCHOOL DISTRICT doing business as BUCKS COUNTY INTERMEDIATE UNIT, NICOLE BELLO, KIMBERLY HAMADA and DEBORAH KESSLER<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 23-726 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
JUSTIN L. GROEN
Groen Strokoff O'Neill, LLC
1650 Arch Street
Suite 1904
Philadelphia, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


**George Wylesol, Clerk of Court**
**U.S. District Court, Eastern District of PA**

Date: 2/27/23

*CLERK OF COURT*

*Michele Helmer*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-726

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                *Server's signature*

                                        _____
                                                *Printed name and title*

                                        _____
                                                *Server's address*

Additional information regarding attempted service, etc: