IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD CODY & CARRIE WILLIAMS | : | |
| As Parents and Natural Guardians of | : | No. 23-cv-0726-JMY |
| Minor, JC, | : | |
|     Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| PENNRIDGE SCHOOL DISTRICT, et al., | : | |
|     Defendants. | : | |

**ORDER**

AND NOW, this 25th day of October 2023, upon consideration of the Motion to Dismiss for Failure to State a Claim filed by Pennridge School District (ECF No. 11), the Motion to Dismiss for Failure to State a Claim filed by Douglas Matz (ECF No. 15), the Motion to Dismiss for Failure to State a Claim filed by Bucks County, Nicole Bello, Kimberly Hamada, and Deborah Kessler (ECF No. 16), and all papers filed in support thereof and in opposition thereto, it is hereby ORDERED that said Motions will be GRANTED in part and DENIED in part as follows:

1. the Court will GRANT Defendants' motions to dismiss to the extent that they request dismissal of federal civil rights claims based on the United States Constitution or federal law – all of Plaintiffs' federal claims will be DISMISSED from this lawsuit; and

2. the Court will DENY without prejudice Defendants' motions to dismiss to the extent that they seek to adjudicate state law claims asserted by Plaintiffs.

It is further ORDERED that state law claims asserted by Plaintiffs will be DISMISSED without prejudice for lack of federal subject matter jurisdiction and this action will be DISMISSED (without prejudice to the ability of Plaintiffs to refile in state court) because the Court declines to exercise supplemental jurisdiction over the state law claims advanced by Plaintiffs.

BY THE COURT:

  /s/ John Milton Younge
Judge John Milton Younge